UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, COLUMBUS LIFE INSURANCE COMPANY, INTEGRITY LIFE INSURANCE COMPANY, AND NATIONAL INTEGRITY LIFE INSURANCE COMPANY, FORT WASHINGTON INVESTMENT ADVISORS, INC. on behalf of FORT WASHINGTON ACTIVE FIXED INCOME LLC<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWABS, INC., CWMBS, INC. CWEHEQ, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, and JENNIFER SANDEFUR,<br><br>Defendants. | Case No. 1:11-cv-267<br>(Spiegel, J.)<br>(Litkovitz, Mag. J.) |

## SCHEDULING ORDER

Defendants Bank of America Corporation, BAC Home Loans Servicing, LP and NB Holdings Corporation (collectively, the "BofA Defendants") have filed a motion on behalf of the BofA Defendants and defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., CWALT, Inc., CWABS, Inc., CWMBS, Inc., CWEHEQ, Inc., and N. Joshua Adler (collectively, the "Countrywide Defendants," and together with the BofA Defendants, "Defendants") for the entry of an Order establishing a briefing schedule for Defendants' planned motions to transfer and dismiss in the above-captioned action. Plaintiffs have indicated that they do not oppose the establishment of the proposed briefing schedule.

- 2 -

For good cause shown, Bank Defendants' Unopposed Motion to Establish Briefing Schedule is hereby granted, and the following briefing schedule shall be as follows:

**A.     Motion to Transfer**

1. Defendants shall file any motion under 28 U.S.C. § 1404 to transfer this action to the Central District of California (the "Transfer Motion") on or before June 16, 2011.

2. Plaintiffs shall file any memorandum of law in opposition to the Transfer Motion on or before June 30, 2011.

3. Defendants shall file their reply memoranda of in support of the transfer motion on or before July 12, 2011.

**B.     Motion to Dismiss**

1. In the event that the Court or the JPML have not by that point ordered this action be transferred, Defendants shall have up to and including August 26, 2011, to answer, move, or otherwise respond to the Complaint.

2. In the event Defendants move to dismiss the Complaint, Plaintiffs shall file their memorandum of law in opposition to the motion to dismiss on or before October 14, 2011.

3. Defendants shall file their reply memoranda in further support of their motion to dismiss on or before November 7, 2011.

SO ORDERED.

Date: 6/9/11

S. Arthur Spiegel
United States Senior District Judge