IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, COLUMBUS LIFE INSURANCE COMPANY, INTEGRITY LIFE INSURANCE COMPANY, AND NATIONAL INTEGRITY LIFE INSURANCE COMPANY, FORT WASHINGTON INVESTMENT ADVISORS, INC. on behalf of FORT WASHINGTON ACTIVE FIXED INCOME LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE CAPITAL MARKETS LLC, COUNTRYWIDE SECURITIES CORP., CWALT, INC., CWABS, INC., CWMBS, INC., CWHEQ, INC., BANK OF AMERICA CORP., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORP., ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, RANJIT KRIPALANI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, and JENNIFER SANDEFUR,<br><br>    Defendants. | Case Number 1:11-cv-267<br>Judge S. Arthur Spiegel<br>Magistrate Judge Karen L. Litkovitz |

**THE COUNTRYWIDE DEFENDANTS' MOTION TO TRANSFER VENUE UNDER
28 U.S.C. §1404(a) TO THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
<u>WHERE IDENTICAL LITIGATION IS CURRENTLY PENDING</u>**

ORAL ARGUMENT REQUESTED

Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corp., CWALT, Inc., CWABS, Inc., CWMBS, Inc., CWHEQ, Inc., and N. Joshua Adler (collectively, the "Countrywide Defendants") move, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the Central District of California. The grounds for this Motion are stated in the accompanying Memorandum of Law in Support of Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending, as well as the Declaration of Paul T. Liu, dated June 16, 2011, and the separately filed Declaration of Inez H. Friedman-Boyce, dated June 16, 2011. The Countrywide Defendants request oral argument on this motion.

                            Respectfully submitted,

Dated: June 16, 2011       /S/ Brian E. Pastuszenski
                            Brian E. Pastuszenski (pro hac vice application forthcoming)
                            bpastuszenski@goodwinprocter.com
                            Inez H. Friedman-Boyce (pro hac vice application forthcoming)
                            ifriedmanboyce@goodwinprocter.com
                            Brian C. Devine (pro hac vice application forthcoming)
                            bdevine@goodwinprocter.com
                            GOODWIN PROCTER LLP
                            53 State Street
                            Boston, MA 02109
                            Tel.: (617) 570-1000
                            Fax: (617) 523-1231

                            Counsel for the Countrywide Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 16th day of June, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                              /S/  Katherine A. Borden
                                              Katherine A. Borden
                                              GOODWIN PROCTER LLP
                                              53 State Street
                                              Boston, MA 02109
                                              Tel.: (617) 570-1000
                                              Fax: (617) 523-1231